| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tishanna L Winford** | Social Security number or ITIN **xxx–xx–6525** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **13   10/18/19** |
| Case number: | **19–29735** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tishanna L Winford | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4724 W Congress Parkway, Apt 2<br>Chicago, IL 60644 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/21/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 14, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/13/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/27/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/15/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/4/19** at **10:30 AM** , Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 19-29735-DLT
Tishanna L Winford                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: moneal              Page 1 of 2          Date Rcvd: Oct 21, 2019
                              Form ID: 309I             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
```
db              +Tishanna L Winford,    4724 W Congress Parkway, Apt 2,    Chicago, IL 60644-4910
28306985        +Arnold Scott Harris, P.C. Attorney,    111 West Jackson Blvd,    Ste 400,
                  Chicago, IL 60604-4135
28306987        +City of Chicago,    Department of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
28306988         City of Chicago - Parking,    121 N Clark, Rm 107a,    Chicago, IL 60602
28306996         Honor Finance,    900 Davis Street,   Evanston, IL 60201
28306998        +Illinois Secretary of State, Driver,    2701 S Dirksen Pkwy,    Springfield, IL 62723-0002
28306999        +Keynote Consulting,    220 West Campus Drive,    Suite 102,   Arlington Heights, IL 60004-1498
28307000        +MERCY HOUSING LAKE,    c/o CARY G SCHIFF&ASSOC,    134 N LASALLE #1720,    Chicago, IL 60602-1005
28307001        +MSCI Inc,    PO Box 327,    Palos Heights, IL 60463-0327
28307005         Peoples Gas,    Po Box 2968,    Milwaukee, WI 53201-2968
28307004        +Peoples Gas,    130 E Randolf Rd,    Chicago, IL 60601-6207
28307006        +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6207
28307003        +Peoples Gas,    Attn: Bankruptcy,    200 E Randolph,    Chicago, IL 60601-6302
28307007       ++RENT RECOVERY SOLUTIONS,    1945 THE EXCHANGE,    SUITE 120,   ATLANTA GA 30339-2062
                 (address filed with court: Rent Recovery Solutions,     2814 Spring Rd, Ste 30,
                  Atlanta, GA 30339)
28307011        +Sprint,    Po Box 629023,    El Dorado Hills, CA 95762-9023
28307017        +Village of Bellwood,    3200 Washington Blvd,    Bellwood, IL 60104-1984
28307018        +Village of Maywood,    40 W Madison,    Maywood, IL 60153-2323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: cutlerfilings@gmail.com Oct 22 2019 01:50:52      David H Cutler,
                  Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL  60076
tr              +E-mail/Text: courtnotices@chi13.com Oct 22 2019 01:52:55      Marilyn O Marshall,
                  224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust              E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 22 2019 01:53:02      Patrick S Layng,
                  Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                  Chicago, IL 60604-2027
28306984        +EDI: AAEO.COM Oct 22 2019 05:28:00      Aarons Furniture,    3027 S Cicero Ave,
                  Cicero, IL 60804-3639
28306986        +EDI: CAPITALONE.COM Oct 22 2019 05:28:00      Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
28306990         E-mail/Text: comedbankruptcygroup@exeloncorp.com Oct 22 2019 01:54:15      ComEd,    Po Box 6111,
                  Carol Stream, IL 60197-6111
28306989        +EDI: COMCASTCBLCENT Oct 22 2019 05:28:00      Comcast,    PO Box 3001,
                  Southeastern, PA 19398-3001
28306991        +EDI: CONVERGENT.COM Oct 22 2019 05:28:00      Convergent Outsourcing,    800 SW 39th St,
                  PO Box 9004,    Renton, WA 98057-9004
28306992        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 01:57:21      Credit One Bank,
                  Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
28306993         EDI: DIRECTV.COM Oct 22 2019 05:28:00      Direct TV,    PO Box 9001069,    Louisville, KY 40290
28306994        +EDI: DCI.COM Oct 22 2019 05:28:00      Diversified Consultants, Inc.,
                  Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
28306995        +E-mail/Text: bknotice@ercbpo.com Oct 22 2019 01:53:26      Enhanced Recovery Company,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
28307002        +EDI: NAVIENTFKASMSERV.COM Oct 22 2019 05:28:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
                  Wilkes-Barre, PA 18773-9500
28307010         EDI: NEXTEL.COM Oct 22 2019 05:28:00      Sprint,    Po Box 4191,    Carol Stream, IL 60197-4191
28307008        +E-mail/Text: legal@gosafco.com Oct 22 2019 01:52:12      Safco,    6300 Hazeltine National Dr,
                  Orlando, FL 32822-5109
28307009        +EDI: SWCR.COM Oct 22 2019 05:28:00      Southwest Credit Systems,    4120 International Parkway,
                  Ste 1100,    Carrollton, TX 75007-1958
28307013         EDI: AISTMBL.COM Oct 22 2019 05:28:00      T-Mobile,    Bankruptcy Department,    P.O. Box 53410,
                  Bellevue, WA 98015
28307014         EDI: AISTMBL.COM Oct 22 2019 05:28:00      T-Mobile,    Po Box 37380,    Albuquerque, NM 87176
28307016        +EDI: VERIZONCOMB.COM Oct 22 2019 05:28:00      Verizon,    1 Verizon Pl,
                  Alpharetta, GA 30004-8510
                                                                                              TOTAL: 19
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
28306997       ##+Honor Finance,   1731 Central St,   Evanston, IL 60201-1507
28307012       ##+Stellar Recovery Inc,   4500 Salisbury Rd, Ste 10,   Jacksonville, FL 32216-8035
28307015       ##+Value Auto,   2734 N Cicero,   Chicago, IL 60639-1758
                                                                                TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: moneal              Page 2 of 2                   Date Rcvd: Oct 21, 2019
                               Form ID: 309I             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Tishanna L Winford cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Marilyn O Marshall     courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```